1

2

3

4

5

6

7

8

9

10

11

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

12

13

14

15

16

17

18

IRENE KOCOL,

                    Plaintiff,

      v.

GUIDANT CORPORATION, et al.,

                 Defendants.

Case Number C 06-6537 JF (RS)

ORDER GRANTING DEFENDANTS'
MOTION FOR STAY OF
LITIGATION PENDING TRANSFER
BY THE MDL PANEL

[re: doc. no. 9]

19

20

21

22

23

24

     Defendants have filed a "Motion To Discontinue Pretrial Deadlines Pending Transfer To MDL Court," which essentially is a motion to stay all proceedings in this case pending the expected transfer of the case to the District of Minnesota by the Judicial Panel on Multi-District Litigation ("MDL Panel"). The MDL Panel issued a conditional transfer order on December 11, 2006. Plaintiff's opposition to transfer is due to be filed with the MDL Panel by December 26, 2006.

25

26

27

     Plaintiff opposes a stay of litigation, asserting that she has a meritorious remand motion that should be heard immediately. That motion is set for hearing before this Court on January 19, 2007.

28

Case No. C 06-6537 JF (RS)
ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF LITIGATION PENDING TRANSFER BY THE
MDL PANEL
(JFLC2)

1    As noted on the record at the hearing on December 22, 2006, numerous similar cases

2  have been transferred by the MDL Panel despite the existence of potentially meritorious motions

3  for remand on grounds similar to those raised by Plaintiff in this case.  In those cases, remand

4  issues are being addressed by the MDL Panel in the context of opposition to transfer, and/or by

5  the transferee court.  In light of the conditional order of transfer, and that fact that Plaintiff will

6  have the opportunity to raise her remand arguments before the MDL Panel and/or before the

7  transferee court, this Court concludes that Defendants' motion for stay is well taken.

8  Accordingly, Defendants' motion will be granted.

9                                              **ORDER**

10    Defendants' motion for a stay of litigation pending transfer by the MDL Panel is

11  GRANTED.

12

13

14

15

16  DATED:  12/22/06

17

18  _____
   JEREMY FOGEL
   United States District Judge

19

20

21

22

23

24

25

26

27

28

Case No. C 06-6537 JF (RS)
ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF LITIGATION PENDING TRANSFER BY THE
MDL PANEL
(JFLC2)

1   This Order was served on the following persons:

2

3   Rachel Abrams    rabrams@hershlaw.com

4   Mark E. Burton , Jr    olasov@hershlaw.com

5   Dana N. Gwaltney    dgwaltney@shb.com, amoresco@shb.com, hstockwell@shb.com,
    scastillo@shb.com, bknight@shb.com, sromano@shb.com, jbartley@shb.com,
6   cgramling@shb.com

7   Nancy Hersh    jolasov@hershlaw.com,

8   Sara J. Romano    sromano@shb.com, amoresco@shb.com, hstockwell@shb.com,
    scastillo@shb.com, bknight@shb.com; ; dgwaltney@shb.com; ; mreyes@shb.com; ;
9   cgramling@shb.com; ; jbartley@shb.com; ; shicks@shb.com

10  Michael Schmidt    schmidt@schmidtlaw.com, ewroten@smu.edu

11  Nancy Hersh
    Rachel Abrams
12  Mark E. Burton, Jr.
    Hersh & Hersh
13  601 Van Ness Avenue
    2080 Opera Plaza
14  San Francisco, CA 94102-6388

15  Michael Schmidt
    Schmidt Firm
16  2911 Turtle Creek Blvd.
    Suite 1400
17  Dallas, TX 75219

18  Dana N. Gwaltney
    Sara J. Romano
19  Shook Hardy & Bacon LLP
    333 Bush Street
20  Suite 600
    San Francisco, CA 94104-2828

21

22

23

24

25

26

27

28
                                          3
    Case No. C 06-6537 JF (RS)
    ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF LITIGATION PENDING TRANSFER BY THE
    MDL PANEL
    (JFLC2)