NOT FOR CITATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IRENE KOCOL,<br><br>              Plaintiff,<br><br>    v.<br><br>GUIDANT CORPORATION, et al.,<br><br>              Defendants. | Case Number C 06-6537 JF (RS)<br><br>ORDER CLARIFYING ORDER OF DECEMBER 22, 2006<br><br>[re: doc. no. 21] |

      On December 22, 2006, this Court issued an order staying litigation in this action pending the expected transfer of the action to the District of Minnesota by the Judicial Panel on Multi-District Litigation ("MDL Panel"). However, the Court's December 22 Order did not explicitly vacate the January 19, 2007 hearing on Plaintiff's motion for remand, and the Court received a telephonic inquiry from Defendants' counsel as to whether the remand motion would be heard.

      The Court hereby CLARIFIES that the January 19 hearing date is vacated and that all proceedings in this action are stayed pending the MDL Panel's decision on transfer.

DATED: 12/27/06

                                                                                                     _____
                                                                                    JEREMY FOGEL
                                                                                    United States District Judge

1 | This Order was served on the following persons:

2

3 | Rachel Abrams     rabrams@hershlaw.com

4 | Mark E. Burton , Jr     olasov@hershlaw.com

5 | Dana N. Gwaltney     dgwaltney@shb.com, amoresco@shb.com, hstockwell@shb.com, scastillo@shb.com, bknight@shb.com, sromano@shb.com, jbartley@shb.com,
6 | cgramling@shb.com

7 | Nancy Hersh     jolasov@hershlaw.com,

8 | Sara J. Romano     sromano@shb.com, amoresco@shb.com, hstockwell@shb.com, scastillo@shb.com, bknight@shb.com; ; dgwaltney@shb.com; ; mreyes@shb.com; ;
9 | cgramling@shb.com; ; jbartley@shb.com; ; shicks@shb.com

10 | Michael Schmidt     schmidt@schmidtlaw.com, ewroten@smu.edu

11 | Nancy Hersh
    Rachel Abrams
12 | Mark E. Burton, Jr.
    Hersh & Hersh
13 | 601 Van Ness Avenue
    2080 Opera Plaza
14 | San Francisco, CA 94102-6388

15 | Michael Schmidt
    Schmidt Firm
16 | 2911 Turtle Creek Blvd.
    Suite 1400
17 | Dallas, TX 75219

18 | Dana N. Gwaltney
    Sara J. Romano
19 | Shook Hardy & Bacon LLP
    333 Bush Street
20 | Suite 600
    San Francisco, CA 94104-2828

21

22

23

24

25

26

27

28

2

Case No. C 06-6537 JF (RS)
ORDER CLARIFYING ORDER OF DECEMBER 22, 2006
(JFLC2)